1 | James T. Duff, Esq., State Bar No. 55599
**LAW OFFICES OF JAMES T. DUFF**
2 | One Wilshire Boulevard, Suite 2210
Los Angeles, California 90017-3321
3 | Telephone:  (213) 629-7950
Facsimile:  (213) 624-1376
4 |
Attorneys for Defendant LORENZO ESPINOZA
5 |
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10 |
11 | UNITED STATES OF AMERICA,          )     CASE NO. CR 04-263-SVW
12 |                                    )
            Plaintiff,              )
13 |                                    )     **DEFENDANT'S POSITION RE:**
                                   )     **SENTENCING FACTORS**
14 | v.                                 )
                                   )
15 |                                    )
   LORENZO ESPINOZA,                )     Sentencing Date: AUGUST 31, 2009
16 |                                    )
            Defendant.             )     Sentencing Time: 11:00 a.m.
17 | _____   )
18 |
19 |     Defendant LORENZO ESPINOZA ("ESPINOZA"), by and through his
20 | counsel of record, hereby files his POSITION RE: SENTENCING FACTORS.
21 |                                 I.
22 |                          <u>**INTRODUCTION**</u>
23 |     ESPINOZA stands convicted of four (4) felonies and one
24 | misdemeanor.  The felonies consist of conspiracy to obtain money from
25 | the Department of Housing & Urban Development ("HUD") and various
26 | commercial lenders by fraudulent means (18 U.S.C. § 371); concealing
27 | assets in a bankruptcy proceeding (19 U.S.C. § 152(1); making false
28 | oaths in a bankruptcy proceeding (19 U.S.C. §152(2)); and participat-

1   ing in a monetary transaction by selling assets previously concealed
2   in the bankruptcy proceeding (18 U.S.C. §§ 1957, 2(b)).    The
3   misdemeanor consisted of willful failure to pay federal income tax of
4   $199,053 (26 U.S.C. §7203).

5        As to the bankruptcy charge, no creditor was defrauded as
6   the bankruptcy was dismissed in its early stages.   As to the
7   misdemeanor tax charge, the $199,053 in federal taxes were paid
8   before any tax investigation was know to ESPINOZA or was commenced.

9        As to the HUD fraud, it should be noted that during the
10  period alleged in the Information, April 1995 until May 2001,
11  ESPINOZA was in the business of purchasing distressed properties,
12  rehabilitating those properties, and then selling them, hopefully, at
13  a profit.   During that period of time, ESPINOZA purchased and sold
14  approximately 300 properties.

15       ESPINOZA was 29 years of age in 1996 when he started the
16  business of buying, rehabbing, and selling properties; and was only
17  34 when it ended in 2001.   Due to the time it took to rehabilitate
18  properties and its costs, ESPINOZA at times would have cash flow
19  problems attempting to make the properties liveable.   These cash flow
20  problems were the reason, although not a justification, for ESPINOZA
21  to engage in the fraudulent conduct to which he has pled guilty.   He
22  certainly made bad decisions as a young man, and will have to pay for
23  it now.   ESPINOZA, however, was not in the business of acquiring
24  distressed properties and merely flipping them to make a profit.   He
25  rehabilitated the properties before selling them.   Proving that he
26  was doing good for his community in helping people acquire affordable
27  housing are letters accompanying these objections which attest to the
28

good that ESPINOZA did.[1]  Moreover, although what ESPINOZA did was wrong, of the approximate 300 acquisitions and sales in which he was involved, about ten percent (10%) were involved in wrongful activity. Thus, ninety percent (90%) of his activity was legitimate which enabled numerous people to obtain affordable housing.

## II.

## OBJECTIONS

**A.**  **THE COURT SHOULD NOT IMPOSE A ONE-YEAR ENHANCEMENT OUTSIDE THE APPLICABLE GUIDELINE RANGE SOUGHT BY THE PROBATION DEPARTMENT BECAUSE THE GUIDELINES ADEQUATELY ADDRESS THE OFFENSES; BECAUSE THE COURT IS PROHIBITED FROM CONSIDERING "GREED" TO ENHANCE A SENTENCE; AND BECAUSE THE PROBATION DEPARTMENT HAS IGNORED GOOD THINGS ESPINOZA HAS ACCOMPLISHED**

The Probation Department requests that the Court go outside the applicable guideline range by adding 12 months to the top range of 37 months of the applicable guideline range for a sentence of 49 months. One reason stated by the Probation Department was that there were three (3) distinct crimes involved. As stated above, there was no victim in the bankruptcy crimes because the bankruptcy was dismissed in it early stages. Further, the bankruptcy resulted in ESPINOZA agreeing in a civil action to forfeit to the government approximately $190,000 in automobiles and watches. Thus, because of ESPINOZA wrongfully hiding assets in the bankruptcy, he stands convicted of felonies and has forfeited $190,000 to the government.

---

[1]  The letters are appended hereto as **Exhibit "A"**. Some of the letters are written in Spanish with the English interpretation immediately following.

1   With no creditor injured and the government receiving $190,000, the
2   bankruptcy fraud and related money laundering convictions should not
3   form the basis for an upward departure from the guidelines.

4          Nor should the misdemeanor tax count be the basis for an
5   upward departure.  The $199,053 in taxes were paid before ESPINOZA
6   knew of a tax investigation and before the tax investigation started.

7          The Probation Department further asserts, in conclusory
8   fashion, that the more than minimal planning enhancement is insuffi-
9   cient because it fails to address the amount of repeated acts
10  committed by ESPINOZA and his co-conspirators in regard to the HUD
11  fraud.   The Probation Department has changed its position on
12  "Adjustment for Role in the Offense".   In its March 12, 2007
13  Presentence Report, at paragraph 20, the Probation Department stated
14  the following:

15              "The Government has suggested that the defendant
                should receive an enhancement for leadership in
16              this case, however, the enhancement has not been
                applied.  The Probation Officer has reviewed FBI
17              form 302 records of interviews with various
                participants in this matter and in general, they
18              appear to demonstrate that defendant had rela-
                tionships with other individuals with the pur-
19              pose of furthering the scheme.  For example,
                there were people that provided false documents
20              and acted as loan processors and in other capac-
                ities.  However, the Probation Officer did not
21              find specific evidence showing that defendant
                had a managerial/leadership role as opposed to a
22              mutually supportive role.  As to the straw
                buyers in the HUD scheme, the Probation Officer
23              concludes it is more likely that the relation-
                ships to the defendant involves a managerial
24              component because the defendant would likely
                shepard the straw buyers through the process.
25              However, as to the straw buyers, the Probation
                Officer's concern is that they cannot fairly be
26              considered criminally culpable participants.
                Therefore, no adjustment for role in the offense
27              has been applied."
    / / /
28

1        The Probation Department now has changed its position based
2   primarily upon statements of ESPERANZA ESPINOZA ("E. ESPINOZA") who
3   worked for ESPINOZA for approximately one year.  ESPINOZA does not
4   dispute that E. ESPINOZA worked for him, and did what she admitted to
5   have done while working for him..  E. ESPINOZA's statements, however,
6   are confusing in that she was involved in and admitted illegal
7   activity unconnected to ESPINOZA.  Further it was not ESPINOZA alone
8   that caused others to be implicated in the scheme.  At the time
9   ESPINOZA was involved in the HUD fraud, he availed himself of others
10  whom he did not control who provided false documentation for their
11  own benefit.

12       Additionally, the Probation Department's assertion of
13  repeated acts does not consider that for most of ESPINOZA's sales,
14  people were able to acquire affordable housing, and these acquisi-
15  tions occurred over many years.  ESPINOZA was not quickly flipping
16  houses with no concern for habitability.  Accordingly, there should
17  be no additional enhancement due to the length of the fraud or the
18  number of participants as the guidelines adequately cover these
19  issues.

20       The Probation Department next asserts that the applicable
21  guideline range did not capture Defendant's motivation in committing
22  the offense, "which is his extreme level of greed."  Greed or profit
23  motive is not an appropriate factor in determining upward departures.
24  <u>United States v. Enriquez-Munoz</u>, 906 F2d 1356, 1361-1362 (9th Cir.
25  1990).  Where profit is a motive, "an upward departure based on the
26  presence of such a motive would be entirely unwarranted.  <u>Id</u>. <u>See</u>
27  <u>also</u>, <u>United States v. Johnson</u>, 979 F2d 396, 401 (6th Cir. 1992).
28  / / /

**B.   THE RECESSION, THE PLUNGE IN REAL ESTATE VALUES, AND ESPINOZA'S DIVORCE HAVE NEGATIVELY IMPAIRED ESPINOZA'S FINANCIAL CONDITION SUCH THAT HE CANNOT PRESENTLY MAKE ANY PAYMENT FOR RESTITUTION OR BACK TAXES**

Since 2001, ESPINOZA has been engaged in the construction of luxury homes in the Orange County area. At the time of his guilty plea, ESPINOZA was hopeful that various projects could be completed and that he could make substantial payments before sentencing for restitution and taxes. All of that has now changed due to the recession, a drop in real estate values, and a divorce which depleted community property. As ESPINOZA faces sentencing, he does not have the ability to make any of the payments he had hoped to originally make.

**C.   ESPINOZA, A DEDICATED FATHER OF FIVE CHILDREN, HAS HELPED PEOPLE OBTAIN AFFORDABLE HOUSING AND HAS CONTRIBUTED TO HIS COMMUNITY**

As set forth in Exhibit "A", ESPINOZA has helped numerous people obtain affordable housing. Since 2001, ESPINOZA and his wife also have contributed over $150,000 to the Calvary Chapel of Costa Mesa. [See **Exhibit "B"**]. ESPINOZA also devotes substantial time to his five children who range in age from 16 years old to 8 years old. Although ESPINOZA has engaged in criminal conduct, he has also participated in good deeds. It is respectfully requested that the Court take that into consideration at the time of sentencing the good deeds of ESPINOZA.

/ / /

/ / /

/ / /

1

### III.

2

### <u>CONCLUSION</u>

3

      Accordingly, the Probation Department has failed to

4

articulate any reason which would warrant an upward departure from

5

the advisory guidelines.   Further, ESPINOZA presently lacks the

6

ability to pay restitution or taxes.   It is also requested that

7

because of the good ESPINOZA has done that he be sentenced at the low

8

end of the applicable guideline range.

9

10

DATED:   AUGUST 17, 2009          Respectfully submitted,

11

                         **LAW OFFICES OF JAMES T. DUFF**

12

13

14

15

                         BY: _____

16

                               JAMES T. DUFF
                           Attorney for Defendant,
                           LORENZO ESPINOZA

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S POSITION RE: SENTENCING FACTORS

**EXHIBIT "A"**

●;ㄱ ⌈@

January 8th 2007.


Honorable Stephen V. Wilson
U.S. District Judge
312 North Spring Street
Los Angeles, CA 90012

Dear Judge Wilson,

My name is Olivia Torres. I live at 5003 N. Willow Ave. Covina California 91724.
On September 13, 2001 I purchased my house.

My Husband and I saw a good investment for our family being that the price was
really good at the time and the house had a lot of potential. Also, buying this property
from Mr. Lorenzo Espinoza, we were able to get a low down payment with a very
small interest rate. We have remodeled our house and as of today the value has
increased considerably. So overall it was a good opportunity for our family to
purchase the property from Mr. Espinoza.

Thank you for your consideration,



Olivia Torres

*Olivia Torres* (signature)


—9—

Enero 16, 2007
Honorable Stephen V. Wilson
US District Judge
312 N Spring ST
Los Angeles CA 90012

Soy Luis Amador propietario de la propiedad
7420 S. Broadway Los Angeles CA 9003
Compre la propiedad de el Sr. Espinosa
que estaba en buenas condiciones y ahora
invo ahí y al mismo tiempo tenemos una
Iglesia en la que nos beneficiamos los fieles
de mi congregación y mi familia.
En general ha sido para nosotros una
buena Inversion.
El unico problema que realmente hemos
tenido ha sido el tuvo de desagüe de la
calle de ahí en fuera con la propiedad
esta en perfecta condiciones.

Gracias por su consideracion

Luis O. Amador.

— 10 —

January 16, 2007

Honorable Stephen V. Wilson
US District Judge
312 N Spring St.
Los Angeles, CA 90012

Dear Judge Wilson,

     I am Luis Amador, owner of the property 7420 S. Broadway Los Angeles, CA 9003. I bought it in good conditions from Mr. Espinoza and now I live there and at same time have a church in which it benefits the people of my congregation and my family. In general has been a good one investment. The only problem that we have had so far is to drain water from the street. Besides that, the property was in perfect conditions.

Thank you for your consideration


 Luis O. Amador

Dear Judge Wilson

My name is Rolando Garcia and I purchase
the property Located in gage ave #1700. Los Ang
les CA. 90047. On february 27, 2000, and we
Ox-fe closed escrow on May 6, 2000.

The purchased price was $270,000 ºº and we wer
4 people on buying this property.

I-I was a good oportunity for me to buy this
property and it was in excellent conditions and it
was a good income property for my future and my
family's future.

The property had a good painting and I been
very happy with the purchase of this property.
We haven't had any problem and we only had
to give a 3% down payment otherwise it wouldn't
have this opportunity to own this complex.

I purchased the property from a realtor broker and
I don't recall the name of this person.

12/27/06.

ROLANDO GARCIA

-12-

Febrero 7, 2007

U.S. DISTRICT JUDGE
312 N. SPRING STREET
LOS ANGELES, CA 90012

HONORABLE: STEPHEN V. WILSON

YO, ADOLFO C. MOLINA COMPRE LA PROPIEDAD UBICADA EN EL 6205 WOODWARD
AVENUE, BELL, CA 90201 CON 4 UNIDADES, EN SEPTIEMBRE DE 1998 AL SR. LORENZO
ESPINOZA.

EL PROPOSITO PRINCIPAL DE ESTA CARTA ES PARA INFORMAR QUE ESTA PROPIEDAD LA
COMPRE EN BUENAS CONDICIONES, HE VIVIDO MUY A GUSTO EN ESTE LUGAR CON
NUESTRA FAMILIA RECIBIMOS RENTA DE LAS OTRAS 3 PROPIEDADES ESTO NOS AYUDA
ECONOMICAMENTE YA QUE NOSOTROS PODEMOS VENEFICIARNOS DEL NO PAGAR
RENTA Y PAGAR HIPOTECA Y NOS BENEFICIAMOS ECONOMICAMENTE.

SINCERAMENTE,

_Adolfo Molina._
ADOLFO MOLINA
(323) 560-5923

−13−

February 8, 2007

Honorable Stephen V. Wilson
US District Judge
312 N Spring St.
Los Angeles, CA 90012

Judge Stephen Wilson,

     I, Adolfo C. Molina bought a property located at 6205 Wooward Ave. Bell, California 90201 with four units in September of 1998 from Mr. Lorenzo Espinoza.

     The main purpose of this letter is to inform you that the property was in really good conditions. I live very happy in this place with my family. We receive rent from the other three units, which helps us economically. Now that we can benefit from the rents to pay the mortgage, we are comfortable financially.

Sincerely,

Adolfo Molina
(323) 560-5923

−*14*−

FEB 8th 2007

Honorable Stephen V Wilson
US District Judge
312 N Spring ST.
Los Angeles

My name is Miriam Jackson, I lived in 15634
Index ST. Granada Hills CA. 91344
I purchased a property located at 1151 Sunnue Pl
Apt 3, Los Angeles CA. 9012
we bought the property from Lorenzo Espinoza
we lived there from 2000 to 2005 approx.
we put a very small amount as a down payment
we improved the property ourself, I think it
was a good investment for me and my family
In 2005 we sold the property and we made
a nice Investment.

Miriam Jackson
Miriam Jackson

— 15 —

February 8th , 07.

Honorable Stephen V. Wilson
US District Judge
312 N Spring ST
Los Angeles CA. 90012

Estimado Juez Wilson

Me llamo Eleuterio Zacarias y compre la casa
en 1264 E. 25th ST Los Angeles CA. 90011 en 1994
la compre directamente del Sr. Lorenzo Espinoza
la casa estaba en buenas condiciones.
Hasta esta fecha he refinanciado la hipoteca
5 veces esto nos ha permitido hacer mejorias a la
casa he puesto marmol y granito en la cocina y
he hecho varias mejorias que han incrementado
bastante el valor de mi propiedad, la cual pude
obtener con un deposito muy bajo y con bajo
interes.
Considero que esta propiedad ha sido muy buena
inversion para mi y mi familia

Eleuterio Zacarias

—16—

February 8, 2007

Honorable Stephen V. Wilson
US District Judge
312 N Spring St.
Los Angeles, CA 90012

Dear Judge Wilson,

My name is Eleuterio Zacarias and I bought a house on 1264 E. 25th St. Los Angeles, CA 90011 in 1994. I bought it directly from Mr. Lorenzo Espinoza. The house was in good condition.

Until this day, I have refinanced the mortgage five times. This has allowed us to make the improvements on the house. I put marble and granite in the kitchen and I have done many other improvements that have significantly increased the value of my property, which I was able to obtain through a low deposit and low interest. I consider this property to have been a really good investment for me and my family.

Thank you,

Eleuterio Zacarias

Feb 8, 07

Honorable STEPHEN V. Wilson
U S District Judge
312 N. Spring St
Los Angeles CA. 90012

Dear Judge Wilson.

Soy Isel Adame, soy el propietario de la resi-
dencia en el 118 W 86th Pl en Los Angeles CA. 90003
Yo conozco al Sr. Lorenzo Espinoza desde hace
unos 14 años aproximadamente y el nos ayudo hacer
nos dueños de esta propieda en la que vivo con mi
familia desde hace 12 años. Es una propieded
Duplex en la cual Rentamos una unidad y la otra
la habito com mi familia mi esposa y mis hijos
Para nosotros ha sido una muy buena inversión
ya que solo dimos un deposito muy bajo, y ahora
el precio ha incrementado y con la renta de la otra
unidades una muy buena ayuda para nosotros que
somos una familia de 7.

Isel Adame.
323-750-9801.

−18−

February 8, 2007

Honorable Stephen V. Wilson
US District Judge
312 N Spring St.
Los Angeles, CA 90012

Dear Judge Wilson,

    I am Isel Adame. I am the owner of the residence located at 118 W. 86th Place Los Angeles, CA 91003. I have known Mr. Lorenzo Espinoza for approximately over 14 years. Mr. Espinoza helped us buy the property in which my family and I live for the last 12 years. This property is a duplex, which we rent one of the units and the other is where I live my wife and my children. For us, this has been a really sound investment because we gave a low deposit and the price of the property has increased. With the rent of the other unit, it has been very helpful for us because we're a family of seven.

    Isel Adame

January 24, 2007.

Honorable Stephen V. Wilson
US District Judge
312 North Spring ST.
Los Angeles CA 90012

Dear Judge Stephen

My name is Danny Benitez   I bought my house from Lorenzo Espinoza in 1993

Mr. Espinoza gave me the opportunity to buy my dream house where now I live with my wife and my six kids and one on the way.

So we are very happy to live here in this area The property has Increased in value since we purchases in 1993.

We feel blessed to live here , I'm been fortunately that I' been doing well in business to upgrade to this beautifull dream house that we have.

thank you.

Danny Benitez

—20—

January 18 2007

Honorable STephen V Wilson
US Distrrct Judge.
312 Noeth Spring ST.
Los Angeles CA 90012

My name is Julia Fuentes   I baugh the
property located at 502 S. ST Lous  in Los
Angeles CA. 90033.
It was a good opportunity for us to buy
this property , because we live in one of the
units and we Rent the other three so we can
beneficeate from this.

Thank you. JULIA FUENTES.

-21-

Jan 18, 2007

Honorable Stephen V. Wilson
US District Judge
312 North Spring St.
Los Angeles CA 90012
Dear Judge Wilson

My name is Carlos Flores and I bought
the property in 9112 Baring Cross St
Los Angeles CA. 90044 about 10 years ago
We paid a really good price for it and
we got a really good deal. First we lease
if and then Mr. Lorenzo Espinoce gave us
the opportunity to buy the house
where I live with my family since then
the house was in excellent conditions
good painting and very clean.
we are very happy of buying such a nice
property
      thank you   Carlos Gonzalez

-22-

January 19, 2007


Honorable Stephen V. Wilson
U.S. District Judge
312 North Spring Street
Los Angeles, CA 90012

Dear Judge Wilson:

My name is Andrea H. Hoxter.  During August 2002, I purchased property,
consisting of a four-plex, located at 6215 10th Avenue, Los Angeles, CA
90043, from Inglewood Neighborhood Housing Service for approximately
$326,000.  I obtained my own source for financing.

The property I purchased had recently been painted, had new cabinets and
had "perfect" kitchens; it was in first-rate condition and in that regard, the
seller did more for me than I expected.  I would say that the property was
"more than perfect."  Further, I believe that the property was a great
investment.  Not only was I able to collect rents from tenants, I sold the
property last year and made a very good profit.

Although I had never heard of Lorenzo Espinoza before this real estate
transaction, I would certainly be interested in the purchase of additional
properties of his because of my very positive experience relating to the
purchase of 6215 10th Avenue, Los Angeles, CA, including the fact that the
seller was very cooperative during the escrow period.

Thank you.

Andrea H. Hoxter

January 8th 2007

Honorable Stephen V. Wilson.
US District Judge
312 North Spring St
Los Angeles CA. 90012

Dear Judge Wilson

My name is Connie Escobedo, I own
the property on 237 E Adams Bld. Los Angeles CA

When we bought the house or property in a good
excellent condition, new paint, new carpet and
it was very clean.
At that time it was a good opportunity and
the property was below market. around 10 thou-
sand dollars approx. And it was a good invest
ment the property was in good condition so we
didn't have to put money into it, So it has been
a really good opp investment for us
I had the chance to meet Mr. Lorenzo
Espinoza once and he was really nice, very polite.

Connie Escobedo

-24-

1/18/07

To: Honorable Steven Wilson
US District Judge
312 N. Spring St
Los Angeles, CA 90012

FROM: Ignacio Alvarez
2166 Alameda Ave APT#3
Anaheim, CA 92801

Subject: Purchase Of 2166 Alameda Ave
Anaheim, CA 92801

Dear Judge Wilson:

When I purchased the above property
it was in very good condition. The price
was very good and below market. The
down payment was very low. It was a very
good investment. I am very happy with
the purchase. I enjoy living here.
This purchase was the best thing
I could have done. Every one involved
in the purchase kept their word

IGNACIO ALVAREZ

—25—

Enero 25, 2007
Honorable Stephen V Wilson
U.S. District Judge.
312 North Spring St. LA CA 90012
  Estimado JUEZ,

  Compramos la propiedad ubicada en el 3600 Santa
Ana ST in South Gate CA 90280
  En 1999 tuvimos la oportunidad de hacernos
de esta propiedad de 4 departamentos.
  La compramos con la ayuda de un prestamo del
gobierno en la que dimos un deposito muy bajo
y tambien de interes bajo
  Con los años he arreglado los departamentos
y ahora estan muy bien.
  Nos hemos beneficiado mucho por que el
valor ha aumentado y tenemos una buena
Inversion.
  En general hemos tenido una buena expe-
riencia con la propiedad.

                    Elsa Dávila

-26-

January 25, 2007

Honorable Stephen V. Wilson
US District Judge
312 N Spring St.
Los Angeles, CA 90012

Dear Judge,


We bought the property located on 3600 Santa Ana Street in South Gate, CA 90280.

In 1999, we had the opportunity to buy this property of 4 apartments. We bought it with the help of borrowing money from the government in which we gave a low deposit and had low interest. Over the years we fixed up the apartments and now they are in good condition. We have benefited a lot from the value because it has gone up and we had a good investment. Overall, we've had a good experience with the property.

Thank you,

Elsa Davila

Enero 16, 2007

Honorable  STephen V UVILSoN

Honorable  Stephen V Wilson

U.S. District Judge

312  N SPRING ST

LoS ANGELES CA 90012

2R

Compramo la casa a el SR Lorenco Espinosa
en Marzo del 1996. Aqui vivo con mi familia
desde entonces. Compramo la casa en buen
precio aunque hemos hecho alguna renovaciones
tenia pintura recien pintada y en general
buenas condiciones.

Nuestra familia yyo hemos estado muy con-
tentos todos estos anos viviendo aqui.

Tambien cuando me salen trabajos los puedo
realizar desde mi garage y esto me ayuda.

El unico problema que hemos tenido fue la
clausura de la ventilacion del techo.

De alli en fuera estamos contentos con
nuestra propiedad.

Gracias

Jesus Romero

—28—

January 16, 2007

Honorable Stephen V. Wilson
US District Judge
312 N Spring St.
Los Angeles, CA 90012

Dear Judge Wilson,

     We bought the house from Mr. Lorenzo Espinoza in March of 1996. My family and I have been living there since then. We bought the house at good price although we have made some renovations. It had been recently painted and in a good condition.

     Our family has been extremely satisfied living here all these years. Also, when I have jobs I can finish them in my garage, and that helps me. The only problem that we have had was the closure of the ventilation of the ceiling. Other than that we are really happy with out property.

Thank you,

Jesus Romero

-29-

1/8/07

TO: Honorable Steven v. Wilson
    US. District Judge
    312 N. Spring St.
    Los Angeles, Ca. 90012

From: Johnny E. Walker
    7714 S. Broadway
    Los Angeles, Ca. 90003

We purchased the above mention Property
July 25, 2000. This Property were in very
Good Condition upon purchase From mr.
Lorenzo Espinoza, As well as Serving
as home for my Family, We my wife &
Myself have Provided Emergency Shelter
For homeless mothers with Children, We
Currently work Closely with (LAHSA)
Los Angeles Homeless Service Authority. This
Home have been a blessing to my Family
and many Other homeless Family in this
Community. Sincerely

Johnny E. Walker— (323) 759-266.

-30-

Attn: Honorable Stephen V. Wilson:

Yo Fernando Polanco compre la case de 2505 E.
21st st. Los Angeles CA 90033 en el año 94. Vendi
la casa en el 2002. y si habia ganancia de $70,000ºº
dollars. Fue buena inversion. mi numero es (323)833-
8513

-31-

**Attn : Honorable Stephan V Wilson**

I Fernando Polanco purchased the property at 2505 East 2nd St.
Los Angeles, Ca 90033 in the year 94. I sold the property in 2002. I
gained a good profit of $70,000.00. It was a good investment. My
phone number is 323-833-8513.

Attn: Honorable Stephen V. Wilson:

Yo Lucio Martinez compre la casa de 2647 Dobinson St, Los Angeles en el año 2001. Me siento satisfecho con la compra y lo vendi en el año 2003 si gane ganancia en la venta. Entre con poco de enganche y sin problemas. La carpeta estaba buena. y nueva pintura. Tambien tenia techo nuevo que yo le puse despues de comprar. Siento como sino habia perdida y muy buen inversion. Mi numero de casa es (909) 517-2016.

Lucio Martinez

**Attn : Honorable Stephan V Wilson,**

I Lucio Martinez purchased the property at 2647 Dobison St Los Angeles, CA in the year 2001. I am fully satisfied with the purchase of this property and I sold it in the year 2003. Yes I gained profit when I sold it. I purchased the property with little down payment and no problems. The carpet was brand new. Property was newly painted. I installed a brand new roof after I purchased the property. I feel it was a good investment. My home phone number is 904-517-2016.I

Lucio Martinez

January 14, 2007.

Honorable Stephen V. Wilson
U.S. District Judge
312 N. Spring St.
Los Angeles   CA 90012

Mi nombre s Bernabe Juares, dueño de 347 Winter Street,
Los Angeles CA. Compre la casa con nada de enganche,
en el año 1999. Remodele toda la casa gastando # 45,000.⁰⁰
Cuando compre la casa tenia nueva pintura, tile, y nuevo techo.
Me siento muy satisfecho que compre la casa. Muy bien
invercion. y buena oportunidad para mi y mi familia.
(323) 264-9832
          Bernabe Juarez

−35−

January 14, 2007


Honarable Stephen V Wilson
U.S. District Judge
312 N Spring St
Los Angeles, CA 90012


My name is Bernabe Juarez I am the owner of 3147 Winter St. Los angeles,
CA. I purchased the property with no money down payment in the year
1999. Remodeled the entire house spent $45,000.00 when I purchased the
property did not have new paint, tile, new roof. I feel fully satisfied it was a
very good investment for me. And a very good opportunity for me and my
family.

Bernabe Juarez
323-264-9892

-36-

January 11, 2007

Honorable Stephen V. Wilson
U.S. District Judge
312 North Spring St.
Los Angeles CA 90012.

Att: Judge Wilson:

Mi nombre es Inocente Gutierrez, esposo de Lima Gutierrez
somos dueños de la propiedad 5828 Gage Avenue, Bell
Gardens, CA 90201

Cuando compramos la casa, le inverti approximadamente
$10,000 dollares en areglos. Tambien page $5,000.00
dollares para poner stucco al rededer de la propiedad.
Tambien page $2,500 en pintura por fuera. Tambien inverti
$2000 dollares en Deciembre 2006 para remodelar la tienda.
Cuando compramos la casa estaba limpia por dentro y
pintura nueva y nomas tube que poner alfombra. En
el camienso tuve dificultad rentando la tienda de al frente,
pero tengo una persona que la renta por 2 años.

(323) 562·1348

— 37 —

January 11, 2007

Honorable Stephen V Wilson
Us District Judge
312 North Spring St
Los Angeles, CA 90012

ATTN: Judge Wilson:

My name is Inocente Gutierrez my wife is Lima Gutierrez we are the owners of the property 5828 Gage Ave Bell Gardens, CA 90201.


When we bought the property we invested approximately $10,000.00. I also paid $5000.00 to put stucco on the side of the property. I also spent $2500.00 in painting the exterior. I also invested $2000.00 in December of 2006 to remodel the store. When we purchased the property it was clean by the previous owner, it was newly painted and I only had to install new carpet. In the beginning I had difficult renting the property in the front which is a store, but now I have a person who has rented it for two years.

323-562-1348

—38—

HONORABLE STEPHEN V. WILSON
U.S. DISTRICT JUDGE 312 N. SPRING ST
Los ANGELES CA 90012


DEAR JUDGE WILSON
MI NOMBRE ES JOSE FUNES
DUENO DE LA PROPIEDAD QUE ESTA
LOCALISADA EN EL 5110 COMPTON AV
Los ANGELES EN 90011
ESTOY SATISFECHO CON LA COMPRA DE LA PROPIED
FUE MUY BUENA INVERSION AL HACER ESTA
COMPRA ESTOY MUY CONTENTO YO Y MIX FAMILIA
        JOSE FUNES
        323 234-1931

−39−

Honorable Stephen V Wilson
U.S. District Judge 312 N Spring ST
Los Angeles Ca 90012


Dear Judge Wilson,

My name is Jose Funes I am the property owner on the property located
5110 Compton Ave. Los Angeles, Ca 90001. I am fully satisfied with the
purchase of this property. It was a very good investment purchasing this
property I am very happy me and my family.

Jose Funes
323-234-1931

ATT JUDGE WILSON

MY NAME IS KENNETH COOPER
I AM THE OWNER OF 2355
OLIVE AVE LONG BEACH CA.
AS FAR AS I KNOW THERE IS NO
PROBLEM WITH MY PROPERTY, AND
SO FAR EVERYTHING IS FINE

Ken Cooper

—41—

2-07-07.

Yo Roberto Morales Esposo de potricia se compro la casa en el 2001 y todo a estado muy bien. Sin ~~xxxx~~ ningun problema.

1-02-07

Yo Ramon Vergara compre mi casa en el año 2000. Me siento muy satisfecho con la compra de casa. no me siento mal para nada. muy agusto.

Ramon Vergara.

1-02-07   To whom it may concern:
Yo Mario Holguin compré mi casa en el año 2000 a la Cia. Silverado Holdings y estoy bastante satisfecho con la compra. No comentarios.

Mario Holguin

—42—

2-7-07

I Roberto Morales husband of Patricia Morales purchased the property
in 2001 and everything was very good with no problems of any kind.

**1-2-07**

I Ramon Vergara purchased the property in the year 2000. I feel fully satisfied with the purchase of this property. I don't feel bad in any way. I am very comfortable-content.


**Ramon Vergara**

1-2-07

To whom it may concern:

I Mario Holguin I purchased my house in the year 2000 from Silverado Holdings, and I am extremely satisfied with the purchase of my property. No Complaints.


Mario Holguin

Honorable Stephen Wilson
U.S. District Judge 312 N. Spring St.
Los Angeles CA 90012

Dear Judge Wilson:
Yo Jorge Castellanos dueño de 3333 Olive St.
Huntington Park CA 90355 en 7/28/97 por $250,000.00.
Estoy muy Satisfecho con la compra de esta casa es un
buen invento y una buena oportunidad para mi y mi familia.
                    Jorge Castellanos.
                    323 - 587 - 4795

−46−

Honorable Stephan Wilson
U.S. District Judge 312 N Spring St.
Los Angeles, CA 90012


Dear Judge Wilson,

I George Castellanos became owner of 3333 Olive St. Huntingon Park,
Ca 90255 on 7/28/97 for $250,000.00  I am very satisfied with the
purchase of the property. Its been a good investment and a good
opportunity for me and my family.

George Castellanos
323-587-4795

January 21, 2007

Dear Judge Wilson,

I Jose Tovar bought this property, located at 414 E 46th PL. Los Angeles CA 90011 W 200/For $330,000. I'M satisfied with purchase

*(signature)*

Honorable Stephen V. Wilson
US District Judge 312 N. Spring St.
Los Angeles, CA. 90012

Dear Judge Wilson
I Maria F. Diaz bought a
property located at
1607 W 51st St.
Los Angeles, CA. 90062
with my husband Jose R. Diaz
in October 1999 for the
prize of $121,000. We are
very satisfied with the purchase
it was a good property, good
investment and oppertunity.
We were able to get it with a
low down payment. Its still
in good condition.

Sincerely,
Maria F. Diaz
(323) 291- 5147

−49−

Honorable Stephen V. Wilson
U.S District Jugde 312 N. Spring st.
Los Angeles. CA 90012

Dear Judge Wilson
I Miguel Angel Gonzalez bougth this property
Located at 10829 ELLIOTT AVE, EL MONTE, CA 91733
With my partner, Rafael Revolorio. in Argust
2002 For $324,000. I'm Satisfied with the
purchase it was a good opportunity and a good investment
. We were able to get it with a low down payment
I dit a little repair to the property. Overall Itwill
it was in good Condition.

Sincerely: Miguel Angel Gonzalez
      (626) 442-1708

-50-

**EXHIBIT "B"**

CALVARY CHAPEL OF COSTA MESA
3800 S FAIRVIEW RD
SANTA ANA, CA 92704-7014

THESE GIFTS ARE FOR INTANGIBLE RELIGIOUS BENEFIT

Lorenzo & Cynthia Espinoza
8 Via Burrone
Newport Beach, CA 92657-1407

Record of Contributions as of Dec 31, 2001

| Date | Contributions | Check # | Total Contributions |
|------|---------------|---------|---------------------|
| 8/26/2001 | 2,000.00 | 003142 | 2,000.00 |
| 8/26/2001 | 500.00 | 003170 | 500.00 |
| 10/7/2001 | 1,000.00 | 003266 | 1,000.00 |
| 11/4/2001 | 500.00 | 003368 | 500.00 |
| 12/16/2001 | 1,000.00 | 003459 | 1,000.00 |
| | 5,000.00 | TOTAL CONTRIBUTIONS | 5,000.00 |



Your contributions are appreciated "Not because I desire a  gift;
but that fruit may abound to your account." Philippians 4:17

CALVARY CHAPEL OF COSTA MESA
3800 S FAIRVIEW RD
SANTA ANA, CA 92704-7014


THESE GIFTS ARE FOR INTANGIBLE RELIGIOUS BENEFIT


Lorenzo & Cynthia Espinoza
8 Via Burrone
Newport Beach, CA 92657-1407


Record of Contributions as of Dec 31, 2002

| Date | Contributions | Check # | Total Contributions |
|------|--------------|---------|---------------------|
| 1/13/2002 | 2,000.00 | 003510 | 2,000.00 |
| 2/24/2002 | 400.00 | | 400.00 |
| 2/24/2002 | -2,000.00 | 003510 | -2,000.00 |
| 3/10/2002 | 5,000.00 | 003662 | 5,000.00 |
| 6/30/2002 | 11,000.00 | | 11,000.00 |
| 10/13/2002 | 500.00 | 003893 | 500.00 |
| 11/24/2002 | 10,000.00 | | 10,000.00 |
| | 26,900.00 | TOTAL CONTRIBUTIONS | 26,900.00 |

Your contributions are appreciated "Not because I desire a  gift;
but that fruit may abound to your account." Philippians 4:17

-53-

un Date 7/29/2003
Time 12:56:08

**001 CALVARY CHAPEL OF COSTA MESA**
**Inquiry List -Detail Information**
**for Lorenzo Espinoza**
**8 Via Burrone**
**Newport Beach CA 92657**

Page

OTE: ' * ' preceding a Purpose description indicates a Non-Tax Deductible Purpose.

| Date | Description | Check Number | Amount |
|------|-------------|--------------|--------|
| 1/13/2002 | 1 General Fund | 003510 | $2,000.00 |
| 2/24/2002 | 1 General Fund | | $400.00 |
| 2/24/2002 | 1 General Fund | 003510 | ($2,000.00) |
| 3/10/2002 | 1 General Fund | 003662 | $5,000.00 |
| 6/30/2002 | 1 General Fund | | $11,000.00 |
| 10/13/2002 | 1 General Fund | 003893 | $500.00 |
| 11/24/2002 | 1 General Fund | | $10,000.00 |
| 2/2/2003 | 1 General Fund | | $300.00 |
| 2/23/2003 | 1H Rod Thompson | | $10,000.00 |

Totals:     $37,200.00

-54-

CALVARY CHAPEL OF COSTA MESA
3800 S FAIRVIEW RD
SANTA ANA, CA 92704-7014


THESE GIFTS ARE FOR INTANGIBLE RELIGIOUS BENEFIT


Lorenzo & Cynthia Espinoza
8 Via Burrone
Newport Beach, CA 92657-1407


Record of Contributions as of Dec 31, 2003

| Date | Contributions | Check # | Total Contributions |
|------|--------------|---------|---------------------|
| 2/2/2003 | 300.00 | | 300.00 |
| 2/23/2003 | 10,000.00 | | 10,000.00 |
| 7/27/2003 | 20,000.00 | | 20,000.00 |
| 9/21/2003 | 4,500.00 | 000812 | 4,500.00 |
| 10/5/2003 | 1,000.00 | 001260 | 1,000.00 |
| | 35,800.00 | TOTAL CONTRIBUTIONS | 35,800.00 |


Your contributions are appreciated "Not because I desire a gift;
but that fruit may abound to your account." Philippians 4:17

Page 1

CALVARY CHAPEL OF COSTA MESA
3800 S FAIRVIEW RD
SANTA ANA, CA 92704-7014


THESE GIFTS ARE FOR INTANGIBLE RELIGIOUS BENEFIT


Lorenzo & Cynthia Espinoza
8 Via Burrone
Newport Beach, CA 92657-1407


Record of Contributions as of Dec 31, 2004

| Date | Contributions | Check # | Total Contributions |
|------|--------------|---------|---------------------|
| 2/8/2004 | 6,000.00 | 001647 | 6,000.00 |
| 3/14/2004 | 50,000.00 | 74883 | 50,000.00 |
| 10/31/2004 | 25,000.00 | 001273 | 25,000.00 |
|  | 81,000.00 | TOTAL CONTRIBUTIONS | 81,000.00 |

Your contributions are appreciated "Not because I desire a  gift;
but that fruit may abound to your account." Philippians 4:17

## PROOF OF SERVICE VIA U.S. POSTAL SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **LAW OFFICES OF JAMES T. DUFF**, One Wilshire Boulevard, Suite 2210, Los Angeles, California 90017.

On AUGUST _17_, 2009, I served the foregoing document described as **DEFENDANT'S POSITION RE: SENTENCING FACTORS (LORENZO ESPINOZA)** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Leslie De La Torre**
**U.S. Probation Officer**
**U.S. PROBATION OFFICE**
**11827 Ventura Boulevard**
**Studio City, CA 91604-2816**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on AUGUST _17_, 2009 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____SHIRLEY J. EDWARDS_____          _Shirley J. Edwards_
**Type or Print Name**                Signature